1  RALPH E. PORTER, ESQ.
   Nevada Bar No. 4130
2  ERICH N. STORM, ESQ.
   Nevada Bar No. 4480
3  **RALPH PORTER & ASSOCIATES, P.C.**
   525 S. Ninth Street
4  Las Vegas, Nevada 89101
   (702) 384-5800
5  Estorm@ralphporterlaw.com
   *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARKO KUSTURA, | Case No: 2:17-cv-00294-RFB-NJK |
| Plaintiff, | |
| vs. | |
| HOME DEPOT U.S.A., INC.; DOES I through X; ROE CORPORATIONS I through XX; ROE EMPLOYEES I through XX, inclusive, | |
| Defendant. | |

## STIPULATION TO DISMISS

The parties, through their undersigned counsel, hereby stipulate pursuant to FRCP 41(a)(1)(A)(ii) that the above-entitled matter may be dismissed, the parties to bear their

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

respective attorney fees and costs.

DATED this 11 day of April, 2017.

        **RALPH PORTER & ASSOCIATES, P.C.**

        By_____
        Erich N. Storm, Esq.
        Nevada Bar No. 4480
        525 S. Ninth Street
        Las Vegas, Nevada 89101
        *Attorney for Plaintiff*

DATED this 13 day of April, 2017.

        **DENNET WINSPEAR, LLP**

        By_____
        Matthew J. Wagner, Esq.
        Nevada Bar No.11311
        3301 N. Buffalo Drive
        Suite 195
        Las Vegas, NV 89129
        *Attorney for Defendant*

        IT IS SO ORDERED:

        _____
        RICHARD F. BOULWARE, II
        United States District Judge
        DATED this 19th day of April, 2017.